UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 06414
    CHARLES T RULE
    DEANNA L RULE                             CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7562    SSN XXX-XX-4495

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/18/2008 and was confirmed 06/09/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/27/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT & T CREDIT MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CB USA | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 119.90 | .00 | .00 |
| HSBC | SECURED VEHIC | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 12555.00 | .00 | .00 |
| SN SERVICING CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| SN SERVICING CORPORATION | MORTGAGE ARRE | 29155.89 | .00 | .00 |
| CHRISTIANA BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| SN SERVICING CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 124.18 | .00 | .00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| THOMAS M BRITT | DEBTOR ATTY | 2,600.00 | | 2,600.00 |
| TOM VAUGHN | TRUSTEE | | | 215.35 |
| DEBTOR REFUND | REFUND | | | 164.65 |

        Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,980.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,600.00 |
| TRUSTEE COMPENSATION | | 215.35 |
| DEBTOR REFUND | | 164.65 |
| TOTALS | 2,980.00 | 2,980.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09                     /s/ Tom Vaughn
                          _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE